# Exhibit 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| INSTITUTIONAL SHAREHOLDER SERVICES INC.,<br>*Plaintiff*,<br><br>v.<br><br>GENTNER DRUMMOND, in his official capacity as the Oklahoma Attorney General,<br>*Defendant*. | Case No. 5:26-cv-02111-PRW |

**DECLARATION OF DAVID M. FOSTER**

1. My name is David M. Foster. I am an attorney at Hogan Lovells Cadwalader US LLP and serve as counsel for Plaintiff Institutional Shareholder Services Inc. ("ISS") in the above-captioned case.

2. I am competent to make this declaration and have personal knowledge that the following facts are true and correct.

3. This declaration is made in support of ISS' Motion for a Preliminary Injunction.

4. **Exhibit 4** is a true and correct copy of excerpts of ISS, U.S. Proxy Voting Guidelines, 2026 Benchmark Policy Recommendations (Dec. 9, 2025), with the full version available at https://perma.cc/6E8F-ZSQC.

5. **Exhibit 5** is a true and correct copy of excerpts of ISS, U.S. Catholic Faith-Based Policy Proxy Voting Guidelines, 2026 Policy Recommendations (Dec. 26, 2025), with the full version available at https://perma.cc/Y6H4-G2GD.

6. **Exhibit 6** is a true and correct copy of excerpts of ISS, U.S. Climate Policy Proxy Voting Guidelines, 2026 Policy Recommendations (Dec. 31, 2025), with the full version available at https://perma.cc/W75X-DQRY.

7. **Exhibit 7** is a true and correct copy of a redacted[1] U.S. Benchmark Policy proxy analysis and voting recommendations for a shareholder meeting of Tesla, Inc. held on November 6, 2025.

8. **Exhibit 8** is a true and correct copy of a redacted[2] U.S. Catholic Faith-Based Policy proxy analysis and voting recommendations for a shareholder meeting of Tesla, Inc. held on November 6, 2025.

9. **Exhibit 9** is a true and correct copy of a redacted[3] U.S. Benchmark Policy proxy analysis and voting recommendations for a shareholder meeting of Amazon.com, Inc. held on May 21, 2025.

10. **Exhibit 10** is a true and correct copy of a redacted[4] U.S. Climate Policy proxy analysis and voting recommendations for a shareholder meeting of Amazon.com, Inc. held on May 21, 2025.

---

[1] *See* W.D. Okla., *ECF Policies & Procedures Manual*, § II(H)(2)(b) (filer may "redact" "confidential information," including "[p]roprietary or trade secret information," from exhibits). Pursuant to Local Rule 5.2.2, ISS will file a motion for leave to file an unredacted copy of the exhibit under seal.

[2] *See ECF Policies & Procedures Manual*, § II(H)(2)(b). Pursuant to Local Rule 5.2.2, ISS will file a motion for leave to file an unredacted copy of the exhibit under seal.

[3] *See ECF Policies & Procedures Manual*, § II(H)(2)(b). Pursuant to Local Rule 5.2.2, ISS will file a motion for leave to file an unredacted copy of the exhibit under seal.

[4] *See ECF Policies & Procedures Manual*, § II(H)(2)(b). Pursuant to Local Rule 5.2.2, ISS will file a motion for leave to file an unredacted copy of the exhibit under seal.

11. **Exhibit 11** is a true and correct copy of a redacted[5] U.S. Benchmark Policy proxy analysis and voting recommendations for a shareholder meeting of Exxon Mobil Corp. held on May 31, 2023.

12. **Exhibit 12** is a true and correct copy of a redacted[6] U.S. Climate Policy proxy analysis and voting recommendations for a shareholder meeting of Exxon Mobil Corp. held on May 31, 2023.

13. **Exhibit 13** is a true and correct copy of ISS, Part 2 Brochure, filed with the SEC (updated Mar. 31, 2026), https://perma.cc/MDL6-WDC4.

14. **Exhibit 14** is a screen capture of Ross Kerber, *Proxy Adviser ISS Expands Offerings for 'ESG Skeptic' Clients*, Reuters (Mar. 4, 2024), https://www.reuters.com/sustainability/boards-policy-regulation/proxy-adviser-iss-expands-offerings-esg-skeptic-clients-2024-03-04/ (https://tinyurl.com/38f7z776).

15. **Exhibit 15** is a screen capture of Bowyer Research, *Summary of Bowyer Research Proxy Voting Guidelines for States*, https://perma.cc/86T8-MUJT.

16. **Exhibit 16** is a true and correct copy of a transcript of excerpts from the Oklahoma House of Representatives Banking, Financial Services, and Pensions Committee hearing on February 10, 2026. The transcript was prepared by Veritext Legal Solutions at the request of Hogan Lovells Cadwalader US LLP. The transcript is based on a video recording made publicly available by Oklahoma. *See* https://tinyurl.com/2mr65j79

[5] *See ECF Policies & Procedures Manual*, § II(H)(2)(b). Pursuant to Local Rule 5.2.2, ISS will file a motion for leave to file an unredacted copy of the exhibit under seal.

[6] *See ECF Policies & Procedures Manual*, § II(H)(2)(b). Pursuant to Local Rule 5.2.2, ISS will file a motion for leave to file an unredacted copy of the exhibit under seal.

(timestamp 3:08:28-3:11:53). The transcriber certified that this transcript "is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability."

17. **Exhibit 17** is a true and correct copy of a transcript of excerpts from the Oklahoma House of Representatives Government Oversight Committee hearing on March 5, 2026. The transcript was prepared by Veritext Legal Solutions at the request of Hogan Lovells Cadwalader US LLP. The transcript is based on a video recording made publicly available by Oklahoma. *See* https://tinyurl.com/3jr8swra (timestamp 10:55:49-11:03:28). The transcriber certified that this transcript "is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability."

18. **Exhibit 18** is a true and correct copy of a transcript of excerpts from the Oklahoma House of Representatives session proceedings on March 25, 2026. The transcript was prepared by Veritext Legal Solutions at the request of Hogan Lovells Cadwalader US LLP. The transcript is based on a video recording made publicly available by Oklahoma. *See* https://tinyurl.com/37fhd4sa (timestamp 4:46:51-4:52:51). The transcriber certified that this transcript "is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability."

19. **Exhibit 19** is a true and correct copy of a transcript of excerpts from the Oklahoma Senate, Business & Insurance Committee hearing on April 9, 2026. The transcript was prepared by Veritext Legal Solutions at the request of Hogan Lovells Cadwalader US LLP. The transcript is based on a video recording made publicly available by Oklahoma. *See* https://tinyurl.com/3m4wrxvv (timestamp 11:16:15-11:20:04). The

transcriber certified that this transcript "is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability."

20. **Exhibit 20** is a true and correct copy of a transcript of excerpts from the Oklahoma Senate legislative session on April 28, 2026. The transcript was prepared by Veritext Legal Solutions at the request of Hogan Lovells Cadwalader US LLP. The transcript is based on a video recording made publicly available by Oklahoma. *See* https://tinyurl.com/w5jm5nrm (timestamp 2:49:00-3:00:45). The transcriber certified that this transcript "is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability."

21. **Exhibit 21** is a true and correct copy of a transcript of excerpts from the Oklahoma House of Representatives Government Oversight Committee hearing on March 4, 2025. The transcript was prepared by Veritext Legal Solutions at the request of Hogan Lovells Cadwalader US LLP. The transcript is based on a video recording made publicly available by Oklahoma. *See* https://tinyurl.com/4mpbtnkb (timestamp 4:20:00-4:36:44). The transcriber certified that this transcript "is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability."

22. **Exhibit 22** is a screen capture of the internet homepage of Consumers Defense, https://perma.cc/U97G-TW9M.

23. **Exhibit 23** is a screen capture of Consumers Defense, *Proxy Advisor Transparency Act*, https://perma.cc/B3P3-FNAF.

24. **Exhibit 24** is a true and correct copy of Recommendation of the SEC Investor Advisory Committee Relating to SEC Guidance and Rule Proposals on Proxy Advisors and Shareholder Proposals (Jan. 24, 2020), https://perma.cc/HH22-AN8K.

25. **Exhibit 25** is a true and correct copy of New York State Common Retirement Fund, Comments on Proposed Rule "Amendments to Exemptions from the Proxy Rules for Proxy Voting Advice" (Feb. 3, 2020), https://perma.cc/2EH9-VZP4.

26. **Exhibit 26** is a true and correct copy of T. Rowe Price, Letter to SEC Re: Proxy Voting Roundtable (Dec. 13, 2018), https://perma.cc/F45A-7EYM.

27. **Exhibit 27** is a true and correct copy of Council of Institutional Investors, Letter Re: Proposed Legislation Relating to Proxy Advisory Firms and Institutional Investors (Feb. 27, 2018), https://perma.cc/VL7L-XH2M.

28. **Exhibit 28** is a true and correct copy of Elliott Management Corporation, Letter to SEC (Mar. 30, 2020), https://perma.cc/S2T5-KLLU.

29. **Exhibit 29** is a true and correct copy of Better Markets, Letter to SEC on Amendments to Exemptions From the Proxy Rules for Proxy Voting Advice (Feb. 3, 2020), https://perma.cc/E8SM-SV9N.

30. **Exhibit 30** is a true and correct copy of Exxon Mobil Corporation, Letter to the SEC Re: No Action Request (Sep. 15, 2025), https://perma.cc/7JB5-9S4G.

31. **Exhibit 31** is a screen capture of National Center for Public Policy Research, Press Release, Conservative Group Launches Proxy Navigator Tool to Fight Woke Corporations (Mar. 7, 2024), https://perma.cc/MVB9-DNVV.

32. **Exhibit 32** is a screen capture of Elizabeth Harris, *Advisory Group Opposes Re-election of Most of Target's Board*, N.Y. Times (May 28, 2014), https://www.nytimes.com/2014/05/29/business/advisory-group-opposes-re-election-of-most-of-targets-board.html (https://tinyurl.com/wp4brkmt).

33. **Exhibit 33** is a screen capture of *JPMorgan Pushes Back on ISS Recommendations on Severance, Independent Chair*, Reuters (May 14, 2024), https://www.reuters.com/business/finance/jpmorgan-pushes-back-iss-recommendations-severance-independent-chair-2024-05-13/ (https://tinyurl.com/58u7as2j).

34. **Exhibit 34** is a screen capture of Marco Quiroz-Gutierrez, *With $1 Trillion Pay Package on the Line, Elon Musk Blasts Influential Firms Telling Shareholders to Reject It: 'Those Guys Are Corporate Terrorists'*, Fortune Mag. (Oct. 23, 2025), https://fortune.com/2025/10/23/elon-musk-tesla-shareholders-ceo-1-trillion-dollar-pay-package-corporate-terrorists-glass-lewis-iss/ (https://tinyurl.com/3kd77puw).

35. **Exhibit 35** is a screen capture of Matt Egan, *Corporate America Loves Deregulation. Then Why Is It Pushing For These Rules?*, CNN (Mar. 29, 2019), https://www.cnn.com/2019/03/29/investing/regulation-proxy-advisory-reform-sec/index.html (https://tinyurl.com/5f7jpnr6).

36. **Exhibit 36** is a true and correct copy of Letter from State Attorneys General to ISS and Glass Lewis (Nov. 29, 2023), https://perma.cc/8UUU-DWWV.

37. **Exhibit 37** is a true and correct copy of excerpts of Letter from State Attorneys General to Asset Managers (Aug. 29, 2024), with the full version available at https://perma.cc/H5GD-JD7E.

38. **Exhibit 38** is a true and correct copy of Letter from State Attorneys General to Congress (Feb. 14, 2023), https://perma.cc/D7XF-AU98.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 26, 2026, in Washington, D.C.

*/s/ David M. Foster*
David M. Foster