# Exhibit 16

OKLAHOMA HOUSE OF REPRESENTATIVES

BANKING, FINANCIAL SERVICES AND PENSIONS COMMITTEE HEARING

FEBRUARY 10, 2026

https://sg001-harmony.sliq.net/00283/Harmony/en/PowerBrowser/PowerBrowserV2/20260330/-1/55731?startposition=20260210150828#agenda_

(Excerpt 3:08:28 - 3:11:53)

# A P P E A R A N C E S

REPRESENTATIVE DECK
REPRESENTATIVE EAVES
REPRESENTATIVE FORD
REPRESENTATIVE HAYS
REPRESENTATIVE KERBS
REPRESENTATIVE LEPAK
REPRESENTATIVE MAY
REPRESENTATIVE KYLE HILBERT

R E C O R D I N G

(Excerpt 3:08:28 - 3:11:53)

REPRESENTATIVE HILBERT: Mr. Chairman, House Bill 4428 and as well as 4429 are both related to shareholder proxy advisors. So, 4428 says if a proxy advisor is used, the advisor must provide a written commitment to follow standards, making sure that any proxy advisors used in our pension funds are doing so based on fiduciary duties and not utilizing ESG or other DEI metrics and votes for proxy of our pension systems. Move adoption. Yield the question.

REPRESENTATIVE LEPAK: Are there questions? Seeing none, is there a motion? Got a do pass in a second. Further discussion or debate? Seeing none, please open the vote. May is an aye. Representative Shriver, you're an aye. Declare the vote.

UNIDENTIFIED SPEAKER 3: Eight aye, one nay.

REPRESENTATIVE LEPAK: By vote 8-1, your bill is passed. We'll refer it on for further consideration. You're recognized to present 4429. Mr. Speaker.

REPRESENTATIVE HILBERT: Thank you, Mr. Chairman. This bill is similar in that it deals with proxy advisors. This is just making sure that there's transparency in the process, and Mr. Chairman, this is something -- you received an email from someone who wanted to share testimony about why this was a bad bill, and normally we don't talk about the opposition to our bill when we're presenting it, but this greenamerica.org, they sent their opposition to the legislation, and so I was reading a little bit about their website and some of their mission statement, harness economic power, the strength of consumers, investors, businesses, and the marketplace to create a socially just and environmental sustainable society.

Consumers are the pressure point for economic change, so we want to use our collective power. Large businesses and their supply chains need to go green in order to bring social and environmental solutions to scale. So, in support of my bill, I just want to say that's the kind of organization that's opposed to the bill, so that probably tells you it's a good bill.

REPRESENTATIVE LEPAK: Thank you. Are there

any questions? I think that was the point of your bill is what you just said, right? Okay. Any other questions? I heard a do pass and second. Further discussion or debate? Seeing none, please open the vote. May votes aye. Eaves votes aye. Declare the vote. 9-0 vote. We will refer your bill out for consideration. Thank you, Mr. Speaker.

REPRESENTATIVE HILBERT: Thank you, members.

REPRESENTATIVE LEPAK: Okay. Let's just kind of work down the agenda. I'll hold the committee members' bills until the very end. So, let's move to the top of the agenda. Representative Dollins, you're recognized to present House Bill 1064.

CERTIFICATE OF TRANSCRIBER

I, LLOYD BASS, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.



LLOYD BASS