# Exhibit 17

OKLAHOMA HOUSE OF REPRESENTATIVES

GOVERNMENT OVERSIGHT COMMITTEE HEARING

MARCH 5, 2026

https://sg001-harmony.sliq.net/00283/Harmony/en/PowerBrowser/PowerBrowserV2/20260330/-1/55897?startposition=20260305105346#agenda_

(Excerpt 10:55:49 - 11:03:28)

A P P E A R A N C E S

REPRESENTATIVE CROSSWHITE
REPRESENTATIVE DEMPSEY
REPRESENTATIVE FUGATE
REPRESENTATIVE HAYS
REPRESENTATIVE KELLEY
REPRESENTATIVE LEPAK
REPRESENTATIVE LUTTRELL
REPRESENTATIVE MAY
REPRESENTATIVE MUNSON
REPRESENTATIVE OLSEN
REPRESENTATIVE ROBERTS
REPRESENTATIVE SHAW
REPRESENTATIVE STROM
REPRESENTATIVE TRAVIS
REPRESENTATIVE WEST (K)
REPRESENTATIVE WOOLLEY
REPRESENTATIVE POGEMILLER

R E C O R D I N G

(Excerpt 10:55:49 - 11:03:28)

REPRESENTATIVE LEPAK: Thank you, Mr. Chairman. Members, this bill requires our retirement systems to cast votes in line with their fiduciary duties, which they're supposed to do today, solely based on pecuniary factors for the purpose of maximizing shareholder value. The issue is going to be on limitations related to proxy advisors. We're supposed to -- the bill calls to retain those rights, and only use those advisors that agree to follow the same guidelines that apply to system voting. Then there's an annual reporting requirement about the details of those votes cast, and it's elaborated in the bill. Yield to questions.

REPRESENTATIVE HAYS: Member Yields, do I see any questions? Representative Pogemiller, you are now recognized.

REPRESENTATIVE POGEMILLER: Thank you, Mr. Chair. Is this currently a problem for our pension systems?

REPRESENTATIVE LEPAK: Thank you. Nationally,

there's a huge problem because a lot of people don't understand what these proxy advisors do. They make recommendations on how to vote shares. A lot of retirement systems, a lot of taxpayer dollars are turned over to these outfits, and there aren't the proper checks in place to make sure they're being voted on in accordance with whoever's giving them that authority. So what this bill -- part of this bill is to require that we know that they assure us in writing that if we're giving them guidance that they're doing it that way. What happens is proxy advisors will do things with individual companies, say, annual meetings where there's shareholder proposals and management proposals that are being voted on. You'll see in another bill if they make a recommendation to not go with management's recommendation and go with a shareholder decision -- proposal that they disclose that kind of stuff. It's to get more transparency on this, to understand what it is that we're asking them to do and get assurance from them, they're actually following that. There's a lot of stuff in that world that is hard to see.

REPRESENTATIVE POGEMILLER: Yeah.

REPRESENTATIVE HAYS: You're recognized for a follow-up.

REPRESENTATIVE POGEMILLER: Just one follow-up. What would the end of year report look like? Do we have something like that, or?

REPRESENTATIVE LEPAK: We don't have it now. If you go into the bill, and let me find a page for you, it's towards the back. It'll tabulate all and describe the shareholder votes cast by the board's fiduciaries during that calendar year. It'll have a vote caption, the board of fiduciaries note, the recommendation of company management, and if applicable, the proxy advisor or other service providers recommendation. Ask for that by March 1st of each year.

REPRESENTATIVE HAYS: Any further questions? Representative Fugate, you're recognized to ask a question on the bill.

REPRESENTATIVE FUGATE: Thank you. Just kind of a general question. Chairman Lepak, who appoints the members of the boards of trustees for the

pensions?

REPRESENTATIVE LEPAK: Well, I haven't looked at that. It depends on the pension, but there's an assortment of appointing authorities, and I couldn't tell you which one at this point. But I believe the governor's got some -- it depends. Some, for example, the treasurer is a member of some of these boards. Some of those are specified in statute. Some of them are appointees, but there'll be membership from a lot of these large boards.

REPRESENTATIVE HAYS: You're recognized for a follow-up.

REPRESENTATIVE FUGATE: Thank you. Again, if I may, just a general question. Is it your concern that appointees, for instance, from the governor are doing these goofy things with DEI?

REPRESENTATIVE LEPAK: Thank you for the question. Well, when you talk about goofy things with DEI, if we're making or delegating, authority to somebody who is using DEI as a benchmark, or any of the ESG kinds of things or any other what I'll call political agenda, and not the fiduciary responsibility

that we expect, then I think that's the problem, and all this is designed to head that off. Financial returns, best interests of the citizens and the systems it's supposed to support.

REPRESENTATIVE HAYS: You're recognized for a final follow-up.

REPRESENTATIVE FUGATE: Thank you, Mr. Chairman, and I agree with you 100 percent. I think the fiduciary responsibility to the pensioners is paramount, and so you agree then that the top most important thing would be the maximizing return for those folks that this DEI, ESG, whatever the letters you want to use, is really just a secondary issue?

REPRESENTATIVE LEPAK: Thank you. Secondary, in the sense that the top priority should be the return and the long-term stability of the system and a real financial consideration as opposed to using some other factor to direct funds that may not have that. But if you're going to do that, at least disclose it so that the people making the decisions for our pensions know it.

REPRESENTATIVE HAYS: Seeing no further

questions, do I have a motion?

UNIDENTIFIED SPEAKER 2: Do pass.

UNIDENTIFIED SPEAKER 3: Second.

REPRESENTATIVE HAYS: Have a do pass and a second. Any debate? Seeing none, please open the queue. Please close the queue.

UNIDENTIFIED SPEAKER 4: 14 aye, 3 nay.

REPRESENTATIVE HAYS: Representative of 14 ayes, and 3 nay, I declare your bill as do passed. You are now recognized to present House Bill 4429.

REPRESENTATIVE LEPAK: Thank you, Mr. Chairman. So this bill is a follow-up to the last one. This is the proxy advisory transparency, if you want to call it that. This is -- I use an example of a management recommendation in a particular company's proposals. This would basically say, proxy advisors, if you are making a recommendation for or against that, and it's based on a written financial analysis, say so and disclose it, and if not, at least say so. In other words, if it's on some other factor. Yield questions.

REPRESENTATIVE HAYS: Seeing --

Representative Munson, you're recognized to --

REPRESENTATIVE MUNSON: Thank you, Mr. Speaker.

REPRESENTATIVE HAYS: -- ask a question on the bill.

REPRESENTATIVE MUNSON: Thank you, Mr. Chairman. Unless you want to be speaker.

REPRESENTATIVE HAYS: No, I'm not running for that.

REPRESENTATIVE MUNSON: Good luck to you. Okay. Okay.

REPRESENTATIVE HAYS: Thank you. And the caucus is welcome.

REPRESENTATIVE MUNSON: Be my favorite Republican. My question is if the bill was requested by anyone, and if so, this bill.

REPRESENTATIVE LEPAK: Thank you for the question. I don't know if it was specifically requested. I do know somebody working for Veridon Strategies provided some language to the speaker, and that's what got filed. I was going to file the same language, though, he trumps me.

REPRESENTATIVE HAYS: Seeing no further questions, do I have a motion?

UNIDENTIFIED SPEAKER 3: Do pass.

REPRESENTATIVE HAYS: Seeing a do pass in a second. Any debate? Seeing none, please open the queue. Please close the queue.

UNIDENTIFIED SPEAKER 2: 14 aye, 3 nay.

REPRESENTATIVE HAYS: Representative of 14 aye, and 3 nay, I declare your bill to have passed. I think you have one other. You are now recognized to present House Bill 4132.

REPRESENTATIVE LEPAK: Thank you, Mr. Chairman.

CERTIFICATE OF TRANSCRIBER

I, LLOYD BASS, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

LLOYD BASS