# Exhibit 18

OKLAHOMA HOUSE OF REPRESENTATIVES

SECOND REGULAR SESSION

MARCH 25, 2026

https://sg001-
harmony.sliq.net/00283/Harmony/en/PowerBrowser/PowerBr
owserV2/20260330/-
1/55927?startposition=20260325165040#agenda_

(Excerpt 4:46:51 - 4:52:21)

A P P E A R A N C E S

REPRESENTATIVE LEPAK

REPRESENTATIVE WEST

REPRESENTATIVE HILBERT

R E C O R D I N G

(Excerpt 4:46:51 - 4:52:21)

UNIDENTIFIED SPEAKER 1: House Bill 4428 by Hilbert of the House and Daniels of the Senate, an act relating to public finance.

REPRESENTATIVE HILBERT: Clerk will read. Representative Lepak, you're recognized to explain the bill?

REPRESENTATIVE LEPAK: Thank you, Mr. Speaker. 4428 requires public retirement systems to cast votes in line with fiduciary duties solely on pecuniary factors. Same rules would apply to systems engagement with companies, particularly proxy advisors. Yield questions. Move adoption.

REPRESENTATIVE HILBERT: The member does yield. Seeing no questions, Representative Lepak now moves House Bill 4428 be advanced from general order without objection. That will be the order. Third reading of the bill.

UNIDENTIFIED SPEAKER 1: House Bill 4428 by Hilbert of the House and Daniels of the Senate, an act relating to public finance.

REPRESENTATIVE HILBERT: Representative Lepak now moves final passage of the bill. Will there be debate? Seeing no debate, the question for the House is, shall the bill pass? The clerk shall activate the machine. Sergeant Knotts, roll call in the hall. Roll call is now in progress. Travis, aye. Pay, aye. Marty, aye. Alonzo Sandoval, nay. Harris, aye. West, Tammy, aye. Members who wish to vote or change their vote, chair is preparing to close. Waldron, nay. Banning, aye. Manger, aye. Williams, aye. Close the vote.

UNIDENTIFIED SPEAKER 1: 70, aye, 15, nay.

REPRESENTATIVE HILBERT: I'm receiving majority vote of those elected to and constituting the House. I declare the bill to have passed. Mr. Floor Leader.

REPRESENTATIVE WEST: Thank you, Mr. Speaker. Please recognize Representative Lepak to present House Bill 4429.

REPRESENTATIVE HILBERT: Clerk will read.

UNIDENTIFIED SPEAKER 1: House Bill 4429 by Hilbert of the House and Daniels of the Senate, an act relating to securities.

REPRESENTATIVE HILBERT: Representative Lepak, you're recognized to explain the bill.

REPRESENTATIVE LEPAK: Thank you, Mr. Speaker. There's a floor amendment that clarifies a proxy advisor definition does not include charitable organizations. I'd like to move the floor amendment.

REPRESENTATIVE HILBERT: Clerk will read.

UNIDENTIFIED SPEAKER 1: Mr. Speaker, I move to amend House Bill 4429 by deleting the content of the entire measure and by inserting in lieu thereof the following language, amendment submitted by Hilbert.

REPRESENTATIVE HILBERT: Does amendment require further explanation?

REPRESENTATIVE LEPAK: No, sir. Thank you.

REPRESENTATIVE HILBERT: Representative Lepak requests unanimous consent that the amendment be adopted without objection. That will be the order. Back on the bill as amended.

REPRESENTATIVE LEPAK: Thank you, Mr. Speaker. Bill provision on this one is that they would require proxy advisors to disclose when a

recommendation or a policy vote goes against company management, and is not based on a written financial analysis. If the recommendation is based on a written financial analysis, provide that to the companies upon request of clients. Yield to questions. Move adoption.

REPRESENTATIVE HILBERT: The member does yield. Seeing no questions, Representative Lepak now moves that House Bill 4429 be advanced to general order without objection. That will be the order. Third reading of the bill.

UNIDENTIFIED SPEAKER 1: House Bill 4429 by Hilbert of the House and Daniels of the Senate, an act relating to securities.

REPRESENTATIVE HILBERT: Representative Lepak now moves to file passage of the bill. Will there be debate? Seeing no debate, the question for the House is, shall the bill pass? The clerk will activate the machine. Sergeant Stantz, roll call on all. Roll call is now in progress.

REPRESENTATIVE HILBERT: Turner. Aye. Marti. Aye.

Members of the (inaudible), change of vote.

Chair is preparing to close.

Jenkins. Nay. Munson. Nay. Wess Tammy. Aye. Caldwell Chan. Aye.

Representative Strom, care to vote? Declare the vote.

UNIDENTIFIED SPEAKER 1: 73 aye, 17 nay.

REPRESENTATIVE HILBERT: Have received majority vote of those like to (inaudible). I declare the bill to have passed. Mr. Floor Leader.

REPRESENTATIVE WEST: Thank you, Mr. Speaker. Please recognize Representative Lepak to present House Bill 1170.

REPRESENTATIVE HILBERT: Clerk will read.

CERTIFICATE OF TRANSCRIBER

I, LLOYD BASS, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.




LLOYD BASS