# Exhibit 19

OKLAHOMA SENATE

BUSINESS & INSURANCE COMMITTEE HEARING

THURSDAY, APRIL 9, 2026

https://sg001-harmony.sliq.net/00282/Harmony/en/PowerBrowser/PowerBrowserV2/20260408/-1/81187?startposition=20260409111610&mediaEndTime=20260409112010&viewMode=3&globalStreamId=3

(Excerpt 11:16:15-11:20:04)

A P P E A R A N C E S

SENATOR DANIELS
SENATOR MANN
SENATOR GUTHRIE
SENATOR REINHART
SENATOR PUGH
SENATOR STANDRIDGE
SENATOR ALVORD
SENATOR WEAVER
SENATOR COLEMAN

R E C O R D I N G

THE CHAIR: Floor Leader Daniels, you're recognized to explain the provisions of House Bill 4429.

SENATOR DANIELS: Thank you, Mr. Chairman.

I'm presenting to you the Proxy Advisor Transparency Act. We have proxy advisors who are supposed to attempt to increase shareholder value with their advice on how to vote shares, but they admit that they do not always conduct financial analyses, and they admit that they do sometimes look at factors that are not in the best interest of the shareholders or the companies. So what we're looking to do here is simply have proxy advisors disclose when a recommendation is not based on a written financial analysis, or if it's based on a financial analysis, to make sure that the companies and the clients receive that, and if they're not using financial analysis, to make sure that people know that their recommendation is not based on meeting their fiduciary duties, and then violations would be a violation of our state unfair deceptive acts and practices. The Attorney General could check into any violations, and we have also provided for a course of civil action.

I move to pass and yield for questions.

THE CHAIR: And second from the Chair. Will there be questions? Senator Mann, you're recognized for a question.

SENATOR MANN: Thank you, Mr. Chair. This will be advice based on a financial statement for all companies and all votes, correct?

SENATOR DANIELS: Thank you for the question. That is what we are trying to achieve to assure that those proxy advisors are basing their recommendations on the financial analysis to increase shareholder value and not on some other sets of data.

SENATOR MANN: Follow up?

THE CHAIR: Follow up.

SENATOR MANN: Okay. Thank you. I go down on Page 2, starting on Line 14, where you say environmental, social. There are certain funds that invest in environmentally friendly companies, or they invest in oil and gas, or they invest in renewable, or they have a definition of what socially sustainable companies are. It would not exclude those funds from existing, it would just need a statement as to why the vote is in the best interest of the shareholders, correct?

SENATOR DANIELS: Thank you. Yes, this is only to disclose that the proxy advisor have based

their recommendations on some of those things listed on Page 2, and have not based their recommendation on a financial analysis of what is in the best interest of increasing shareholder value. So this is just to put people on notice that you need to tell those whom you are advising what was the basis for the decision and the advice that you are giving. It's simply a disclosure legislation, but it does have some teeth attached for the Attorney General and for anybody who might wish to file a cause of action.

THE CHAIR: Further questions on the bill? Seeing none. Will there be debate on the bill? Seeing none. Senator Daniels, would you care to close? She waves. Clerk, please call the roll.

THE CLERK: Senator Guthrie?

SENATOR GUTHRIE: Aye.

THE CLERK: Senator Mann?

SENATOR MANN: Aye.

THE CLERK: Senator Pugh?

SENATOR PUGH: Aye.

THE CLERK: Senator Reinhart?

SENATOR REINHART: Aye.

THE CLERK: Senator Standridge?

SENATOR STANDRIDGE: Aye.

THE CLERK: Senator Daniels?

SENATOR DANIELS: Aye.

THE CLERK: Senator Weaver, do you care to vote?

SENATOR WEAVER: Aye.

THE CLERK: Senator Alvord?

SENATOR ALVORD: Aye.

THE CLERK: Senator Coleman?

SENATOR COLEMAN: Aye.

THE CLERK: Nine ayes and zero nays.

THE CHAIR: Having received nine ayes and zero nays, I declare House Bill 4429 to have passed.

SENATOR DANIELS: Thank you, Mr. Chair.

(End of recording)

CERTIFICATE OF TRANSCRIBER

I, JOHN SMITH, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

/s/ John Smith

JOHN SMITH