# Exhibit 20

OKLAHOMA SENATE

LEGISLATIVE SESSION

TUESDAY, APRIL 28, 2026

https://sg001-harmony.sliq.net/00282/Harmony/en/PowerBrowser/PowerBrowserV2/20260428/-1/81297?startposition=20260428144900&mediaEndTime=20260428150045&viewMode=3&globalStreamId=3

(Excerpt 2:49:00-3:00:45)

A P P E A R A N C E S

SENATOR DAVID BULLARD - DISTRICT (6)
SENATOR MICHAEL BROOKS - DISTRICT (44)
SENATOR JULIE DANILES - DISTRICT (29)
SENATOR WARREN HAMILTON - DISTRICT (7)
SENATOR BRENT HOWARD - DISTRICT(38)
SENATOR CARRI HICKS - DISTRICT (40)
SENATOR JULIA KIRT - DISTRICT (30)

R E C O R D I N G

SENATOR HAMILTON: Mr. Leader.

SENATOR HOWARD: Mr. President, would you please recognize Floor Leader Daniels for presentation of House Bill 4429.

SENATOR HAMILTON: Madam Floor Leader Daniels, you're recognized to explain the provisions of House Bill 4429.

SENATOR DANIELS: Thank you, Mr. President. Whereas the last bill dealt with pension funds and how they should monitor their proxy advisors and those who advise them on investments, this one would require that if a proxy advisor is not making a recommendation based on financial analysis of the company, that they must disclose that to the pension fund.

And if they are making it on a financial analysis, they need to provide that to the client. This must make sure that those who are working on behalf of our pension funds are doing so based on, again, financial analysis and not any other circumstances. I yield for questions. Move advancement at the appropriate time.

SENATOR HAMILTON: That concludes the explanation of House Bill 4429. Will there be questions? Minority Leader Kirt, you're recognized for

a question of the author.

SENATOR KIRT: Thank you, Mr. President. Mr. President, would this apply to other state investments?

SENATOR DANIELS: Thank you for the question. I believe this is specifically geared to our pension funds. The last bill was geared to funds at every level of government. I think this one is specifically talks about our pension funds.

SENATOR HAMILTON: Minority Leader Kirt, for a follow-up.

SENATOR KIRT: Thank you, Mr. President. Mr. President, would this apply to, let's say, the Treasurer's work on the Energy Discrimination Act?

SENATOR DANIELS: Thank you for the question. I cannot say for sure, but that is not my understanding of this bill. It's directed purely at those who govern and are responsible for managing our pension funds.

SENATOR HAMILTON: Minority Leader Kirt, for follow-up.

SENATOR KIRT: Thank you, Mr. President. Mr. President, I may be confused, but, I mean, would this potentially conflict with the prior bill if they both become law?

SENATOR DANIELS: Thank you for the question. No. This one is just to make sure that those who are giving advice are using financial analysis to do so and disclose if they do not. The previous bill was making sure that you, as the trustee of the pension fund, make sure that your decisions are being based on pecuniary factors only and maximize the investments for the pension holders.

SENATOR HAMILTON: Follow-up.

SENATOR KIRT: Thank you, Mr. President. Mr. President, on page 2, starting on line 14, there's a paragraph that talks about bench-marking policies. Can a proxy advisor -- if this passes, could a proxy advisor still provide scoring and information about environmental social governance and diversity equity work by companies?

SENATOR DANIELS: Thank you for the question. I do not see any reason why they could not. I think you also see in that paragraph, but if they have not conducted financial analyzes, they need to disclose that. It's not prohibiting any kind of information from coming through. We want to make sure that those responsible for the pension funds are getting accurate financial analyzes and that the investment advice is based on that and not other factors.

SENATOR HAMILTON: Minority Leader Kirt, will allow one more, and we'll come back to you if needed. We've got other members in the queue.

SENATOR KIRT: Thank you, Mr. President. Mr. President, would that include if a fund was specific to environmental social governance metrics or DEI metrics?

SENATOR DANIELS: Thank you for the question. If I understand it correctly, no. As in the last bill, if there's no other option but to use a firm that doesn't do their advice based on financial analysis, that wouldn't be absolutely prohibited, but we know that kind of advice is available in the marketplace. And again, that page, I believe, is legislative findings. It's not actually the language of the bill.

It is saying that in the past, these advisors have based their advice on ESG, DEI, and sustainability scores, social credit scores, and we just want to make sure that our pension funds aren't a part of that. But if you're using a firm that does it that way, then they need to tell you so, so you will know that your decisions aren't being based on financial analysis, but something outside of that.

SENATOR HAMILTON: Senator Brooks, you are recognized for question on House Bill 4429.

SENATOR BROOKS: Thank you, Mr. President. So to piggyback on my predecessor's questions, and so we talked about the previous legislation to prevent discrimination against energy companies. Would this also include info -- or potentially conflict with previous legislation that was intended to prevent discrimination when it comes to firearms manufacturers?

SENATOR DANIELS: Thank you for the question, and I appreciate that question. No, neither pieces of these legislation are industry-specific. You will note that it talks about any number of general factors that could be considered and just want to put the trustees of our pension funds on notice, but their obligation is to maximize return on investment, and so they're supposed to be making their decisions based on pecuniary factors.

And here, this is a disclosure bill, so that those with whom you contract disclose whether or not they're using non-pecuniary factors in providing advice to you, but very specifically, unlike other legislation that was passed in previous years, these are not industry-specific.

SENATOR HAMILTON: Follow-up?

SENATOR BROOKS: Thank you. And so pecuniary

just means money-based, and so we are saying that we do not want any consideration of ethics when it comes to these types of investments and these types of advice. All we want is money maximization. Is that correct?

SENATOR DANIELS: Thank you. It is the responsibility of fiduciary duty of our pension funds and those who govern them to maximize the investment for those who draw the pensions. And so I would argue, yes, that is uppermost, foremost, should be in their mind, and they shouldn't base those decisions on other factors unless there's some particular economical -- economic reason that you would have to use that kind of advisor or some economic reason that, even if it involves those factors, that it wouldn't harm or wouldn't conflict with meeting your fiduciary duties to maximize the returns for the shareholders.

SENATOR HAMILTON: Follow-up?

SENATOR BROOKS: Thank you. And ethical considerations should be disregarded. Is that correct?

SENATOR DANIELS: Thank you, Mr. President. Could you repeat the question, please?

SENATOR BROOKS: (Inaudible)?

SENATOR DANIELS: I'm good. You can repeat it over here.

SENATOR BROOKS: (Inaudible). So, potential ethical considerations should be disregarded. It's only money only. Is that correct?

SENATOR DANIELS: Thank you for the question. Anybody who serves in any sort of government position must behave ethically, but certainly you can behave ethically and maximize the return on the investment since that is the most important charge that you are given in that position of governing and safeguarding those funds.

SENATOR HAMILTON: Will there be additional questions? Senator Hicks, you're recognized for a question on House Bill 4429.

SENATOR HICKS: Thank you, Mr. President. Mr. President, is this a request bill?

SENATOR DANIELS: Thank you for the question, Mr. President. I'm working with the speaker on these two bills, and I've worked with a colleague over on the House for many years on related matters. So, in terms of following these issues and seeing how we can perfect policy for the state of Oklahoma, that's where these bills came from. So, I would say that they're connected with discussions over the past couple of years.

SENATOR HAMILTON: Follow up?

SENATOR HICKS: Thank you, Mr. President. And with those discussions over the past years, is this coming from a specific entity as a request, or who has been involved in those conversations over the years?

SENATOR DANIELS: No, no particular entity. A number of groups work in this area. I've certainly seen information that they've provided or read articles about these issues, but this language is coming from within the legislature with the speaker's office, with Representative Lepak has been very, very much involved in these issues over the years with me. So, we are the ones who have been working on this together.

SENATOR HAMILTON: Follow up?

SENATOR HICKS: Thank you, Mr. President. Mr. President, Section 2 seems pretty aggressive because it says the legislature finds as follows. What specifically was compiled in order to make these assumptions that we find in the following page 2 through the top of page 3?

SENATOR DANIELS: Thank you for the question. There are certainly instances where it has happened that the advisors have used non-fiduciary, non-fiscal analyses, and they have been skewed maybe towards some of these other factors. I will remind the Senator that

this is the legislative finding language.

The language of the bill has to do purely with disclosure, making sure that everybody knows when you are contracting for this advice that that the nature of the advice you are given is based on financial findings and if its not then you should know about that.

SENATOR HAMILTON: Follow up?

SENATOR HICKS: Thank you, Mr. President. But we are voting on the measure in totality. Is that correct? And so, this Section 2 will be codified in our state statutes should this measure pass. Is that correct?

SENATOR DANIELS: Thank you for the question. That is correct, and that simply gives a history of these issues and things that have happened, and that would be the reasons that we want to guard against them here in Oklahoma as regards our pension funds.

SENATOR HAMILTON: Will there be additional questions on the bill? Seeing none, Madam Floor Leader Daniels asks unanimous consent that the bill be advanced. Without objection, that will be the order. I declare the bill to be advanced. Members, House Bill 4429 is before you on third reading and final passage.

Will there be debate? Will there be debate?

Seeing no debate, Madam Floor Leader Daniels, would you like to close debate? She waves. The vote will now occur if you favor the measure or vote aye, if you oppose the measure or vote nay, the clerk will open the roll. Senator Alvord, Senator Weaver, are there those wishing to vote or change their vote? Senator Alvord, would you care to vote?

Chair is preparing to close. Close the roll. Members, House Bill 4429 having received 37 aye votes and 7 nay votes, I declare the same to have passed. Mr. Leader.

SENATOR HOWARD: Mr. President.

(End of recording)

CERTIFICATE OF TRANSCRIBER

I, RODIE DEAN, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

/s/ Rodie Dean

RODIE DEAN