# Exhibit 22

CONSUMERS DEFENSE




Consumers Defense is the 501c4 arm of Consumers' Research, the country's oldest consumer protection organization. Our mission is to advance policy that protects Americans from the scourge of ESG in all its forms, in every state, and in every arena where it infects.







protected by reCAPTCHA









**Sign up to receive updates about the battle against politcal activism.**

First name

Last name

Email

SIGN UP TO RECEIVE UPDATES

CONTACT US

info@consumersdefense.com

CONNECT WITH US

X

Copyright © 2026 Consumers Defense. All Rights Reserved.