# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: September 23, 2026

| | | |
|---|---|---|
| INSTITUTIONAL SHAREHOLDER SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-26-2111-PRW |
| GENTNER DRUMMOND, | ) | |
| Defendant. | ) | |

AND

| | | |
|---|---|---|
| GLASS, LEWIS & CO., LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-26-2382-PRW |
| GENTNER DRUMMOND, | ) | |
| Defendant. | ) | |

**ENTER ORDER:**

Before the Court is Plaintiff Institutional Shareholder Services, Inc.'s Motion for Preliminary Injunction (Dkt. 12, CIV-26-2111-PRW) and Plaintiff Glass, Lewis & Co., LLC's Motion for Preliminary Injunction (Dkt. 8, CIV-26-2382-PRW). The Court SETS the Motions for a hearing on Thursday, October 8, 2026, at 9:00 AM before Judge Patrick R. Wyrick in Courtroom No. 503 at the William J. Holloway Jr. United States Courthouse, 200 NW 4th Street, Oklahoma City, OK 73102.

By direction of Judge Patrick R. Wyrick, we have entered the above enter order.

JOAN KANE, Clerk

By: s/*Emily Wilkinson*
Deputy Clerk