# MINUTE SHEET

Room #5012

Date: 9/28/2026

CIVIL NO. CIV-26-2111-PRW

INSTITUTIONAL SHAREHOLDER SERVICES, INC. (ISS) v. GENTNER DRUMMOND

CIVIL NO. CIV-26-2382-PRW

GLASS, LEWIS & CO., LLC (Glass Lewis) v. GENTNER DRUMMOND

COMMENCED: 10:05 AM ENDED: 10:15 AM TOTAL TIME: 10 minutes

PROCEEDINGS: Telephonic Status Conference

JUDGE Patrick R. Wyrick DEPUTY Emily Wilkinson

PLF ISS COUNSEL: Bruce Oakley, Dana Raphael, Robert McCampbell
PLF Glass Lewis COUNSEL: Grant Martinez, Jared LeBrun, Randall Yates
DFT COUNSEL: Garry Gaskins

Counsel appear via phone for status conference. The Court and counsel discuss logistics for the hearing on Plaintiffs' Motions for Preliminary Injunction. The Court GRANTS Plaintiff ISS's Motion for Leave to File Unredacted Versions of Exhibits 7-12 Under Seal (Dkt. 13, CIV-26-2111-PRW).